**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED
MAR 2 5 2002

Victor Afanassov, Farhan Alvi, Alfredo Arriola, Crescendio Barron, Scott Bellamy, Richard Brocksome, Juan Camargo, Michael Cassarea, Anthony Catrambone, Jerry Conterras, Albert Crosby, Brad Dean, James Dowling, Lewis Fitzpatrick, Alex Flores, Edward Gad, Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez, Juan Gutierrez, Everado Guzman, Alan Hanson, Richard Hernandez, John Krasny, Thaddeus Krason, Jack Krefting, Paul La Porte, Jeff Legler, William Lesniak, Mario Linares, Jose Lopez, Walter Matys Jr., Antonio Mayorga, George Melichar, William Meyer, Maria Montalvo, Kevin Moran, Giles Morris, Brad Parpan, Richard Pelzar, Juan Prado, Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra, Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach, Jose Tavarez, Angelo Torres, Ruben Torres, Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, Robert Wisch and all others similarly situated,

Plaintiffs

v.

Robert Vor Broker and
Richard A. Janik

Defendants

02C 2135

JUDGE JOHN W. DARRAH

MAGISTRATE JUDGE GERALDINE SOAT BROWN

FILED-ED5
02 MAR 22 PM 4:11
CLERK
U.S. DISTRICT COURT

## CONSENT TO BECOME A PARTY PLAINTIFF

Plaintiffs, Victor Afanassov, Farhan Alvi, Alfredo Arriola, Crescencio Barron, Scott Bellamy, Richard Brocksome, Juan Camargo, Michael Cassarea, Anthony Catrambone, Jerry Conterras, Albert Crosby, Brad Dean, James Dowling, Lewis Fitzpatrick, Alex Flores, Edward Gad Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez, Juan Gutierrez, Everado Guzman,



1-1

Alan Hanson, Richard Hernandez, John Krasny, Thaddeus Krason, Jack Krefting, Paul La Porte, Jeff Legler, William Lesniak, Mario Linares, Jose Lopez, Walter Matys Jr., Antonio Mayorga, George Melichar, William Meyer, Maria Montalvo, Kevin Moran, Giles Morris Jr., Brad Parpan, Richard Pelzar, Juan Prado, Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra, Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach, Jose Tavarez, Angelo Torres, Ruben Torres, Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, and Robert Wisch, by and through their attorneys, Dowd, Bloch and Bennett, file as Exhibits 1 through 56 attached hereto, their Consents to Become a Party Plaintiff in an action under the Fair Labor Standards Act against Robert Vor Broker and Richard A. Janik in the captioned case.

Respectfully submitted,

Ronald M. Willis
One of Attorneys for Plaintiffs

J. Peter Dowd
Stephen Katz
Ronald Willis
Dowd, Bloch & Bennett
8 S. Michigan Avenue - 1900
Chicago, Illinois 60603
312-372-1361

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Victor Afanassov, Farhan Alvi, Alfredo Arriola,
Crescendio Barron, Scott Bellamy, Richard Brocksome,
Juan Camargo, Michael Cassarea, Anthony Catrambone,
Jerry Conterras, Albert Crosby, Brad Dean,
James Dowling, Lewis Fitzpatrick, Alex Flores, Edward Gad,
Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez,
Juan Gutierrez, Everado Guzman, Alan Hanson,
Richard Hernandez, John Krasny, Thaddeus Krason,
Jack Krefting, Paul La Porte ,Jeff Legler,
William Lesniak, Mario Linares, Jose Lopez,
Walter Matys Jr., Antonio Mayorga, George Melichar,
William Meyer, Maria Montalvo, Kevin Moran,
Giles Morris, Brad Parpan, Richard Pelzar, Juan Prado,
Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra,
Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach,
Jose Tavarez, Angelo Torres, Ruben Torres,
Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, Robert Wisch
and all others similarly situated,

Plaintiffs

v.

Robert Vor Broker and
Richard A. Janik,

Defendants

02C 2135

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE GERALDINE SOAT BROWN

FILED-ED5
02 MAR 22 PM 4:11
CLERK
U.S. DISTRICT COURT

**COMPLAINT**

Plaintiffs, Victor Afanassov, Farhan Alvi, Alfredo Arriola, Crescencio Barron, Scott Bellamy, Richard Brocksome, Juan Camargo, Michael Cassarea, Anthony Catrambone, Jerry Conterras, Albert Crosby, Brad Dean, James Dowling, Lewis Fitzpatrick, Alex Flores, Edward

Gad, Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez, Juan Gutierrez, Everado Guzman, Alan Hanson, Richard Hernandez, John Krasny, Thaddeus Krason, Jack Krefting, Paul La Porte, Jeff Legler, William Lesniak, Mario Linares, Jose Lopez, Wlter Matys Jr., Antonio Mayorga, George Melichar, William Meyer, Maria Montalvo, Kevin Moran, Giles Morris Jr., Brad Parpan, Richard Pelzar, Juan Prado, Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra, Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach, Jose Tavarez, Angelo Torres, Ruben Torres, Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, Robert Wisch (hereinafter "Plaintiffs") on behalf of themselves and as representatives of all other similarly situated, by and through their attorneys, Dowd, Bloch and Bennett, bring this action against Robert Vor Broker (hereinafter "Vor Broker") and Richard A. Janik (hereinafter "Janik"), and state as follows:

## NATURE OF THE ACTION

1. This is a civil action seeking damages and other relief for Defendants' violations of the Fair Labor Standards Act (hereinafter "FLSA"). Plaintiffs bring this action pursuant 29 U.S.C. Sections 201, *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction for this action is based on the FLSA, 29 U.S.C. Section 216(b), and 28 U.S.C. 1331 because this action arises under the laws of the United States.

3. Venue is proper in this District because all of the events giving rise to Plaintiffs' claims occurred within this District.

## THE PARTIES

4. Plaintiff, Victor Afansassov , is a resident of Niles, Illinois who is a former employee of Zema Foods, LLC ( hereinafter "Zema") and was employed until May 11, 2001 and

had an hourly rate of $18.23 at the time of termination of employment.

5. Plaintiff, Farhan Alvi, is a resident of Bartlett, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

6. Plaintiff, Alfredo Arriola, is a resident of Carol Stream, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

7. Plaintiff, Crescencio Barron, is a resident of Illinois, who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $9.56 at the time of termination of employment.

8. Plaintiff, Scott Bellamy , is a resident of Lock Port, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

9. Plaintiff, Richard Brocksome, is a resident of Addison, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $15.96 at the time of termination of employment.

10. Plaintiff, Juan Camargo, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

11. Plaintiff, Michael Cassarea, is a resident of Palos Heights, Illinois who

1s a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of

$17.98 at the time of termination of employment.

12. Plaintiff, Anthony Catrambone, is a resident of Westchester, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $19.23 at the time of termination of employment.

13. Plaintiff, Jerry Conterras, is a resident of Glendale Heights, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $19.23 at the time of termination of employment.

14. Plaintiff, Albert Crosby, is a resident of Oak Lawn, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

15. Plaintiff, Brad Dean, is a resident of Lombard, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

20.. Plaintiff, Joseph Gizewski, is a resident of Lombard, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.98 at the time of termination of employment.

21. Plaintiff, Mathew Grossi, is a resident of Wood Dale, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.98 at the time of termination of employment.

22. Plaintiff, Adolfo Gutierrez, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $14.18 at the time of termination of employment.

23. Plaintiff, Juan Gutierrez, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $14.18 at the time of termination of employment.

24. Plaintiff, Everado Guzman, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.03 at the time of termination of employment.

25. Plaintiff, Alan Hanson, is a resident of Woodridge, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

26. Plaintiff, Richard Hernandez, is a resident of Wonder Lake, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $13.29 at the time of termination of employment.

27. Plaintiff, John Krasny, is a resident of Burbank, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $14.18 at the time of termination of employment.

28. Plaintiff, Thaddeus Krason, is a resident of Brookfield, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

29. Plaintiff, Jack Krefting, is a resident of Addison, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

30. Plaintiff, Paul La Porte, is a resident of Bolingbrook, Illinois who is a

former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

31. Plaintiff, Jeff Legler, is a resident of Romeoville, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.98 at the time of termination of employment.

32. Plaintiff, William Lesniak, is a resident of Elmhurst, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

33. Plaintiff, Mario Linares, is a resident of Glendale Heights, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $10.56 at the time of termination of employment.

34. Plaintiff, Jose Lopez, is a resident of Berwyn, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $14.18 at the time of termination of employment.

35. Plaintiff, Walter Matys, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

36. Plaintiff, Antonio Mayorga, is a resident of Plainfield, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

37. Plaintiff, George Melichar, is a resident of Plainfield, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23

at the time of termination of employment.

48. Plaintiff, William Meyer, is a resident of Rolling Meadows, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

39. Plaintiff, Maria Montalvo, is a resident of Addison, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $9.56 at the time of termination of employment.

40. Plaintiff, Kevin Moran, is a resident of Lombard, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $18.23 at the time of termination of employment.

41. Plaintiff, Giles Morris, is a resident of Chicago, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

42. Plaintiff, Brad Parpan, is a resident of Schaumburg, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.73 at the time of termination of employment.

43. Plaintiff, Richard Pelzar, is a resident of Villa Park, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $17.98 at the time of termination of employment.

44. Plaintiff, Juan Prado, is a resident of Alsip, Illinois who is a former employee of Zema and was employed until May 11, 2001 and had an hourly rate of $19.23 at the time of termination of employment.

# SEE CASE FILE FOR EXHIBITS

JS 44
(Rev. 12/96) Cat 3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requi[red] by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the [use] of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

DOCKETED MAR 2 5 2002

02C 2135

**I. (a) PLAINTIFFS**

Victor Afanassov, et al.
(see attachment for the rest of the Plaintiffs)

**DEFENDANTS**

Robert Vor Broker and Richard A. Janik

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ronald M. Willis, J. Peter Dowd & Stephen G. Katz
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

ATTORNEYS (IF KNOWN)

JUDGE JOHN W DARRAH
MAGISTRATE JUDGE GERALDINE SOAT BROWN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAIN[TIFF] AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☒ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determinatio[n] Under Equal Access to Jus[tice]
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for unpaid wages and unpaid overtime under FLSA 29 § 201 et seq.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complain[t]:
JURY DEMAND: ☐ YES ☒ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ________, previously dismissed by Judge ________

DATE 3/20/02

SIGNATURE OF ATTORNEY OF RECORD [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Victor Afanassov, Farhan Alvi, Alfredo Arriola,
Crescendio Barron, Scott Bellamy, Richard Brocksome,
Juan Camargo, Michael Cassarea, Anthony Catrambone,
Jerry Conterras, Albert Crosby, Brad Dean,
James Dowling, Lewis Fitzpatrick, Alex Flores, Edward Gad,
Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez,
Juan Gutierrez, Everado Guzman, Alan Hanson,
Richard Hernandez, John Krasny, Thaddeus Krason,
Jack Krefting, Paul La Porte, Jeff Legler,
William Lesniak, Mario Linares, Jose Lopez,
Walter Matys Jr., Antonio Mayorga, George Melichar,
William Meyer, Maria Montalvo, Kevin Moran,
Giles Morris, Brad Parpan, Richard Pelzar, Juan Prado,
Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra,
Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach,
Jose Tavarez, Angelo Torres, Ruben Torres,
Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, Robert Wisch
and all others similarly situated,

Plaintiffs

v.

Robert Vor Broker and
Richard A. Janik

Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**In the Matter of**

Victor Afanassov, et al.
(see attachement for the rest of the Plaintiffs)
Plaintiffs,

v.

Case Number

Robert Vor Broker and Richard A. Janik

Defendants.

02C 2135

DOCKETED
MAR 2 5 2002

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

JUDGE JOHN W. DARRAH

Victor Afanassov, et al

MAGISTRATE JUDGE GERALDINE SOAT BROWN

FILED-ED5
02 MAR 22 PM 4:11
CLERK
U.S. DISTRICT COURT

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | [signature] | SIGNATURE | [signature] |
| NAME | **Ronald M. Willis** | NAME | **Stephen G. Katz** |
| FIRM | Dowd, Bloch & Bennett | FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor | STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL 60603 | CITY/STATE/ZIP | Chicago, IL 60603 |
| TELEPHONE NUMBER | (312) 372-1361 | TELEPHONE NUMBER | (312) 372-1361 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 0303 0288 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 0312 4538 |
| MEMBER OF TRIAL BAR? | YES ☒ NO ☐ | MEMBER OF TRIAL BAR? | YES ☒ NO ☐ |
| TRIAL ATTORNEY? | YES NO ☐ | TRIAL ATTORNEY? | YES ☒ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☒ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | [signature] | SIGNATURE | |
| NAME | **J. Peter Dowd** | NAME | |
| FIRM | Dowd, Bloch & Bennett | FIRM | |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor | STREET ADDRESS | |
| CITY/STATE/ZIP | Chicago, IL 60603 | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | (312) 372-1361 | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 0066 7552 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☒ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☒ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

1-3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Victor Afanassov, Farhan Alvi, Alfredo Arriola,
Crescendio Barron, Scott Bellamy, Richard Brocksome,
Juan Camargo, Michael Cassarea, Anthony Catrambone,
Jerry Conterras, Albert Crosby, Brad Dean,
James Dowling, Lewis Fitzpatrick, Alex Flores, Edward Gad,
Joseph Gizewski, Mathew Grossi, Adolfo Gutierrez,
Juan Gutierrez, Everado Guzman, Alan Hanson,
Richard Hernandez, John Krasny, Thaddeus Krason,
Jack Krefting, Paul La Porte, Jeff Legler,
William Lesniak, Mario Linares, Jose Lopez,
Walter Matys Jr., Antonio Mayorga, George Melichar,
William Meyer, Maria Montalvo, Kevin Moran,
Giles Morris, Brad Parpan, Richard Pelzar, Juan Prado,
Peter Pudela Jr., Rosa Ruiz, Ismael Saavedra, Juan Saavedra,
Rodolfo Saavedra, Randy Schultz, Patrick Serio, John Talach,
Jose Tavarez, Angelo Torres, Ruben Torres,
Timothy Tyrcha, Lee Wallace, Jacobo Wenceslao, Robert Wisch
and all others similarly situated,

Plaintiffs

v.

Robert Vor Broker and
Richard A. Janik

Defendants